Mary Katherine JONES, Plaintiff in Error,

v.

The STATE of Oklahoma, Defendant in Error.

No. A-13752.

Court of Criminal Appeals of Oklahoma.

Nov. 17, 1965.

Sidney White, Oklahoma City, for plaintiff in error.

Hugh H. Collum, Asst. Atty. Gen., for defendant in error.

NIX, Judge.

Mary Katherine Jones plead Guilty to the crime of Petit Larceny After A Former Conviction of a Felony in the District Court of Oklahoma County; and was sentenced to One Year in the penitentiary. From that judgment and sentence she attempts to appeal to this Court.

The State has filed a Motion to Dismiss, and while this Court is of the opinion that it is well taken, and should be sustained; the question raised herein is of a jurisdictional nature which could be raised on habeas corpus. We will, therefore, briefly discuss the one allegation raised by counsel, which is:

"That the Fourteenth Amendment of the Constitution operated to carry over to the State Courts the guarantee of the Fifth Amendment—that no man could be placed on trial for a felony except upon an indictment by Grand Jury—thereby eliminating preliminary proceedings."

This question has been decided (adversely to the above allegation) in an early case, In re McNaught, 1 Okl.Cr. 528, 99 P. 241,

which is very exhaustive and comprehensive. In a similar case, decided this 17th day of November, 1965, Miller v. State 407 P.2d 1000, this Court again re-affirms this opinion, and we deem the above allegation of defendant without merit. The judgment and sentence appealed from is hereby affirmed.

BUSSEY, P. J., and BRETT, concur.